UNITED STATES DISTRICT COURT FOR THE
Middle District of Tennessee

FILED
FEB 03 2017 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

CRAIG CUNNINGHAM, §
Plaintiff, §
§
v. §
§
FORESTERS FINANCIAL SERVICES, § Civil Case No.: 3:17-cv-00152
ET AL §
Defendants §

### Plaintiff's Notice of Nonsuit

COMES NOW, Plaintiff Craig Cunningham, through counsel, hereby notices this Court to that he is taking a non-suit WITHOUT PREJUDICE against all parties as to all claims.

**Dated:** January 3, 2017

Craig Cunningham
Plaintiff,

5543 Edmondson Pike, ste 248

Nashville, TN 37211

615-348-1977